Honorable Philip H. Brandt
Hearing Date: September 30, 2009
Hearing Time: 9:30 a.m
Response Date: September 23, 2009
Location: Tacoma
Chapter 7

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>HEATHER VAN GALDER,<br><br>Debtor. | No. 08-44234<br><br>MOTION FOR SALE OF PROPERTY FREE AND CLEAR OF LIENS |

COMES NOW the Trustee, Kathryn A. Ellis, and moves the Court for an order permitting sale of the real property located at 1522 N Cascade Ave, Tacoma, WA, free and clear of all liens, for the sum of $334,900.00 to Judith Schwartz, or to the individual(s) making the highest and best offer to the estate at or before the hearing on this Motion.

The Trustee also seeks authority to pay the first position Deed of Trust of "LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2005-HE9", its assignees and/or successors, and/or its servicing agent EMC Mortgage Corporation in the amount of approximately $281,460.00, all closing costs and realtor commissions, with a net carveout to the estate in the amount of $19,950.

Said sale to Ms. Schwartz will be free and clear of all liens and interests, said liens and interests to attach to the proceeds of the sale as though those proceeds were the property with the exception of the carveout to the estate. Notwithstanding the foregoing, the Trustee requests the authority to pay the above named secured creditor.

DATED this 26th day of August, 2009.

    /s/ Kathryn A. Ellis
Kathryn A. Ellis, Trustee

C:\Shared\KAE\Dox\TRUSTEE\VanGalder\sale_mot.wpd

KATHRYN A. ELLIS, ESQ.
600 Stewart St
Suite 620
Seattle, WA 98101
(206) 682-5002

**MOTION FOR SALE OF PROPERTY FREE AND CLEAR OF LIENS - 1**